UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

SANTIAGO ABREU,                                   CASE NO.: 0:17-cv-60240-KMM

      Plaintiff,

vs.

POOL & PATIO DEPOT, INC.,
d/b/a POOL & PATIO DEPOT,

      Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, SANTIAGO ABREU, and Defendant, Defendant, POOL & PATIO DEPOT,

INC., d/b/a POOL & PATIO DEPOT, by and through their respective undersigned counsels,

hereby stipulate that this case be dismissed with prejudice, with each party to bear its/his own

fees, costs, and disbursements.  The parties request that this Court enter an Order of Dismissal

with Prejudice.  A Proposed Final Order of Dismissal with Prejudice is attached as Exhibit A.

Dated:  June 13, 2017.

**WEISS LAW GROUP, P.A.**
Attorney for Plaintiff
5531 N. University Drive
Suite 103
Coral Springs, FL 33067
Tel: (954) 573-2800
Fax: (954) 573-2798
E-mail: Jason@jswlawyer.com

**ROBERT D. SOLOFF, P.A.**
Attorney for Defendant
7805 S.W. 6th Court
Plantation, Florida 33324
Telephone:  (954) 472-0002
Facsimile : (954) 472-0052
E-mail: robert@solofflaw.com

BY:___/s/ Jason S. Weiss_____
Jason S. Weiss
Florida Bar No.: 356890

BY:    _/s/ Robert D. Soloff_____
Robert D. Soloff, Esquire
Florida Bar No.: 464732